IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,   Case No: 8:21-cv-01931-VMC-JSS

          Plaintiff,

vs.

NEIGHBORHOOD RESTAURANT
PARTNERS FLORIDA, LLC,
D/B/A APPLEBEE'S RESTAURANT,

          Defendant.
_____/

## JOINT MOTION FOR APPROVAL OF CONSENT DECREE

Pursuant to Federal Rule of Civil Procedure (7)(b)(1), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), Intervenor Plaintiff Jebriel Teague ("Mr. Teague"), and Defendant Neighborhood Restaurant Partners Florida, LLC, d/b/a Applebee's Restaurant ("Defendant") hereby respectfully submit this Joint Motion for Approval of Consent Decree. As grounds for the motion, the parties state as follows:

1. EEOC commenced this action on August 12, 2021 against Defendant alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"). Mr. Teague filed an intervenor complaint in this matter on November 3, 2021.

1

2. EEOC's Complaint alleged that Defendant discriminated against Mr. Teague by subjecting him to a hostile work environment on the basis of his sexual orientation and race, retaliating against Mr. Teague for complaining of discrimination, and constructively discharging Mr. Teague. Defendant denies these allegations and admits no wrongdoing or violation of the law.

3. As a result of having engaged in comprehensive settlement negotiations, the parties agreed to resolve this action in its entirety upon the terms reflected in the executed Consent Decree, attached as **Joint Exhibit A**. The attached Consent Decree reflects the terms of the monetary and injunctive relief to which the parties have agreed after contemplating the specific facts of this case.

4. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Federal Rule of Civil Procedure 65(d) in that it states the reason why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

5. The entry of the Consent Decree will further the objectives of Title VII and will be in the best interests of Mr. Teague, Defendant, and the public.

Dated: June 29, 2022          Respectfully submitted,

*/s/ Lucas B. Michelen*
Lucas B. Michelen
New York Bar No. 5606868
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Tampa Field Office
501 E. Polk Street, 10th Floor
Tampa, Florida 33602

Phone: (813) 710-9378
Fax: (813)228-2841
Lucas.Michelen@eeoc.gov

*Attorneys for Plaintiff EEOC*

/s/ *Octavia Brown*
Octavia Brown
Florida Bar No. 0011778
COMMUNITY LAW, PLLC
3104 North Armenia Avenue, Suite 2
Tampa, Florida 33607
Phone:  (813) 822-3522
Fax:  (863) 250-8228
octavia.brown@community-lawyer.com

*Attorney for Intervenor Plaintiff*


/s/ *Richard C. McCrea*
Richard C. McCrea, Jr., Esq.
Florida Bar No. 351539
Cayla M. Page, Esq.
Florida Bar No. 1003487
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL 33602
Phone: (813)318-5700
Fax: (813)318-5900
mccrear@gtlaw.com
pagec@gtlaw.com


*Attorneys for Defendant*