IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

vs.                           CASE NO: 8:21-CV-01931-VMC-JSS

NEIGHBORHOOD RESTAURANT
PARTNERS FLORIDA, LLC, d/b/a
APPLEBEE'S RESTAURANT,

        Defendant.

_____/

## CONSENT DECREE

This Consent Decree ("Decree") is made and entered into by and between the United States Equal Employment Opportunity Commission ("Commission" or the "EEOC"), and Neighborhood Restaurant Partners Florida, LLC d/b/a Applebee's Restaurant ("NRP" or "Defendant") (collectively, the "Parties").

## INTRODUCTION

1.      EEOC commenced this action on August 12, 2021, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII") and Title I of the Civil Rights Act of 1991, and 42 U.S.C. § 1981a, alleging unlawful sexual orientation-based and race-based harassment, and retaliatory employment practices and seeking to provide appropriate relief to Charging Party/Intervenor Plaintiff Jebriel Teague.  NRP has denied these allegations.

2.      The agreement to enter into this Decree shall not be construed as an admission of liability by NRP as to any allegations by EEOC.

3.      In the interest of resolving this matter, and to avoid further cost of litigation, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be finally resolved by entry of this Decree.  This Decree is final and binding on the Parties, and their respective successors and assigns.

4.      No waiver, modification or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties. By mutual agreement of the Parties, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Decree.

5.      This Decree fully and finally resolves the claims asserted by the Commission in the Complaint filed in this action styled *U.S. Equal Employment Opportunity Commission vs. Neighborhood Restaurant Partners Florida, LLC,* Case No. 8:21-cv-01931-VMC-JSS (M.D. Fla.), and the underlying EEOC charge of discrimination, *Teague v. Applebee's Restaurants*, 511-2020-01489.

6.      This Decree constitutes the complete understanding between the Parties with respect to the matters herein.

7.      If one or more provisions of this Decree are rendered unlawful or unenforceable, the Parties shall attempt to agree upon what amendments to this Decree, if any, are appropriate to effectuate the purposes of this Decree. In any event, the unaffected provisions will remain enforceable.

8.      This Decree does not resolve any charges of discrimination that may be pending with the Commission against NRP other than the Charge referred to in paragraph 5.  This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may be in existence or that may later be filed against NRP in accordance with standard EEOC procedures.

9.      Nothing in this Decree shall be construed to limit or reduce NRP's obligations to comply with the statutes enforced by EEOC: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq., ("Title VII"), Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, as amended, the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§621-633a, the Equal Pay Act ("EPA"), 29 U.S.C. §206(d), and the Genetic Information Nondiscrimination Act of 2008 ("GINA"), 42 U.S.C. § 2000f.

## FINDINGS

10.     Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record, and stipulations of the Parties, the Court finds the following:

    a.      This Court has jurisdiction over the subject matter of this action and the Parties;

    b.      The Court will retain jurisdiction for the duration of this Decree;

    c.      No party shall contest the jurisdiction of this Court to enforce this Decree and its terms or the right of the Commission to bring an enforcement suit upon alleged breach of any term(s) of this Decree;

    d.      The terms of this Decree are adequate, fair, reasonable, equitable, and just. The rights of Mr. Teague and the public interest are adequately protected by this Decree; and

e.     The terms of this Decree are and shall be binding upon the present and future representatives, agents, directors, officers, successors, heirs and assigns of NRP.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

## DURATION OF DECREE

11.     This Decree shall be in effect for a period of three (3) years from the Effective Date.

12.     This Decree will not expire while any enforcement action concerning this Decree is pending.

## MONETARY RELIEF

13.     Defendant shall pay monetary damages totaling One Hundred Thousand Dollars (**$100,000**). This **$100,000** shall be the full and final amount Defendant shall pay to settlement claims brought by the EEOC, and will be distributed as follows:

| Back Pay<br>[for which an IRS Form W-2 shall issue] | Compensatory and Punitive Damages<br>[for which an IRS Form 1099 shall issue] |
|---|---|
| $10,000.00 | $90,000.00 |

14.     Payment shall be made within ten (10) calendar days following the Court's approval of this Decree. Payment of Back Pay in the amount of **$10,000**, less required deductions, shall be made by check payable to Jebriel Teague delivered via certified mail to Octavia Brown, Esq., 3104 North America Ave., Suite 2, Tampa Florida 33607; and compensatory damages in the amount of **$90,000**, less required deductions, shall be made by check payable to the Trust Account of Community Law for Families and Children PLLC, delivered via certified mail to Octavia Brown, Esq., 3104 North America Ave., Suite 2, Tampa Florida 33607.

15.     Copies of the payments shall be sent to the attention of "EEOC Regional Attorney, Robert E. Weisberg, Re: NRP Consent Decree," at United States Equal Employment Opportunity Commission, Miami Tower, 100 SE 2nd Street, Suite 1500, Miami, Florida 33131, and via e-mail at mdoconsentdecreecompliance@eeoc.gov.

16.     If Mr. Teague fails to timely receive the payments described in Paragraph 13-14 above, then NRP shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. §6621(b) until the same is paid, and bear any additional costs incurred by the EEOC caused by the non-compliance or delay, including but not limited to any and all costs arising out of EEOC's efforts to enforce this decree in federal court.

## GENERAL INJUNCTIVE PROVISIONS

17.     NRP, and all of its officers, managers, employees, agents, partners, successors, and assigns, shall not reduce an employee's schedule and compensation and make work assignments and schedules on the basis of the employee's race or sex/sexual orientation.

18.     NRP, and all of its officers, managers, employees, agents, partners, successors, and assigns, are enjoined from allowing employees to be subjected to racial or sex/sexual epithets, slurs or negative stereotyping, denigrating jokes, threatening or intimidating behavior from co-workers, on the basis of their race or sex/sexual orientation.

19.     NRP, and all of its officers, managers, employees, agents, partners, successors, and assigns, are enjoined from engaging in actions against an employee that would dissuade a reasonable worker from making or supporting a charge of discrimination. because such employee has opposed any practice made unlawful under Title VII, filed a Charge of Discrimination under Title VII, testified or participated in any manner in any investigation, proceeding, or hearing under Title VII, or asserted any rights under this Decree.

## NEUTRAL JOB REFERENCE

20.     NRP agrees that Mr. Teague will be provided with a neutral letter of reference in the form attached hereto as Exhibit A, such that any additional reference would not be required. No mention of employment complaints or issues, discrimination, the Charge of Discrimination, or this lawsuit shall be made as part of any reference.

## DISTRIBUTION OF POLICY AGAINST DISCRIMINATION BASED ON SEXUAL ORIENTATION AND RACE

21.     NRP must create, distribute and implement a discrimination policy consistent with this Decree to be used at all of its Applebee's restaurants.

22.     The Policy shall include a formal, written procedure for raising allegations of harassment based on sexual orientation or race.

23.     The Policy must clearly define prohibited conduct and specifically prohibit sexual orientation-based and race-based harassment, discrimination, and/or retaliation against all employees, as well as NRP customers and clients.

24.     The Policy must provide examples of prohibited conduct, including but not limited to the following:

6

a. <u>Verbal</u>: Jokes, insults and innuendoes based on race, racial stereotypes, sex or sexual orientation; degrading racial or sexual remarks; comments or questions on a persons' body or sex life; pressures for sexual favors; and use of inappropriate racially or sexually offensive language.

b. <u>Non-Verbal</u>: Gestures; staring; touching, hugging, and patting; blocking a person's movement; standing too close; brushing against a person's body; displaying or wearing racially offensive items; and displaying sexually suggestive or degrading pictures.

25.   The Policy must specify the following:

a. Prohibited behavior will not be tolerated from its employees, customers, clients and any other persons present at any of NRP premises or where NRP conducts business.

b. Employees who make such complaints or provide information related to such complaints will be protected against retaliation;

c. Employees will not be required to complain of discrimination directly to the individual that is engaged in the discriminatory behavior;

d. Defendant will take immediate and appropriate corrective action when the company determines that sexual orientation-based or race-based discrimination has occurred; and

e. Employees who violate the policy are subject to discipline, up to and including discharge.

26.     A Copy of the Policy will be provided to the EEOC for review within thirty (30) days of the Court's execution of this Decree.  Thereafter, copies of the Policy will be distributed to each of NRP's employees and managers within sixty (60) days of the Court's execution of this Decree.

27.     A copy of the policy shall also be included in any relevant policy or employee manual maintained by NRP.  The Policy will also be kept and maintained in a conspicuous and accessible place for all employees of NRP and printed in a font that is easily legible (at least 11 point font).

28.     New employees will receive a copy of the Policy on their first day of employment.

## REVISION OF PROCESSES AND TRAINING PERTAINING TO SEXUAL ORIENTATION-BASED AND RACE-BASED DISCRIMINATION INVESTIGATIONS

29.     NRP must create, distribute and implement a discrimination policy for all management level employees, including, but not be limited to: Area Managers, District Managers, Store Managers, Assistant Managers, and Kitchen Managers that includes a formal, written procedure for addressing discrimination complaints from employees (the "Management Policy.")

30.     The Management Policy must require that every manager promptly escalate all verbal and written complaints of prohibited harassment to their store's Area Manager.  If a manager receives an oral complaint of prohibited harassment, they must promptly reduce the substance of the oral complaint to writing and provide a copy to their Area Manager.  The Area Manager must then provide a copy of any aforementioned complaint to the Internal Decree Monitor within three (3) days of receiving the complaint.  Complaints will be reviewed by the Internal Decree Monitor in accordance with Paragraphs 63-66 herein.  NRP shall warn managers that a failure to promptly escalate such complaints may result in discipline up to and including

termination.

31.     The Management Policy shall include written instructions for human resources officials and managers to follow in circumstances when he or she is in receipt of a complaint of discrimination from an employee.

32.     The Management Policy shall include instructions and best practices for human resources officials and managers to follow for conducting investigation into a complaint of discrimination from an employee. Investigations into complaints of discrimination shall include, but not be limited to, conducting interviews of employees who are in the same protected class as the employee who complained of discrimination; conducting interviews of employees who are supervised by the alleged discriminating manager or managers; and conducting interviews of all individuals named in the complaint.

33.     The Management Policy will require that all investigations are documented and that notes from the investigation are saved to a secure electronic database.

34.     The Management Policy shall include instructions and best practices for human resources and managers to follow for determining when disciplinary action is warranted, including action against both supervisors and co-workers.

35.     The Management Policy must state that actions taken by any manager in response to discrimination complaints will be approved by the Area Manager.

36.     The Management Policy must state that the Area Manager and/or Human Resources personnel will follow up with any individual that complaints of discrimination to ensure that there is no retaliation within thirty (30) days of the complaint.

9

## TRAINING

### *Training--Human Resources Officials & Managers*

37.     NRP shall provide training to certain human resources officials and managers ("Manager Training").  The human resources officials and managers required to undergo the training include but need not be limited to: Area Managers, District Managers, Store Managers, Assistant Managers, and Kitchen Managers.

38.     The first Manager Training shall take place by within 120 days of the Effective Date of the Consent Decree.  The remainder of the Manager Training sessions shall take place annually and no later than October 1st of each year throughout the duration of the Decree.  As a result, there will be a total of three Manager Trainings.  Each Manager Training shall last at minimum two hours.

39.     The Manager Training shall include the following: (1) an explanation of the prohibition against discrimination under the Title VII; (2) an explanation of the rights and responsibilities of managers and employees under the Title VII and the Company policies; (3) examples of a hostile work environment; (4) examples of harassment on the basis of race and sexual orientation; (5) examples of different forms of retaliation, including harassment and disparate treatment; (6) guidelines and procedures for best practices to follow in responding to complaints of discrimination; (7) conducting workplace investigations which will train managers on processes outlined above in paragraphs 29-36; and (8) best practices to follow when interviewing potential victims of harassment.

40.     The Manager Training shall be conducted by an outside organization, with no prior relationship with NRP, and mutually agreed upon with EEOC.

41.     NRP agrees to provide EEOC with at least four (4) weeks' notice before conducting

training sessions pursuant to this Decree.  In the written notice, NRP shall notify EEOC of the dates on which training is scheduled, the name and job title of the specific person who will conduct the training, along with a resume of the person conducting the training.

42.     NRP agrees that the EEOC may, at the EEOC's discretion, attend any training session.

43.     NRP agrees to provide EEOC with all copies of pamphlets, brochures, outlines or other written materials provided to the participants of the training sessions.

44.     Ten calendar days after the Manager Training, NRP shall provide EEOC a list of all attendees to the Manager Training, including first and last name, and title.  If an individual cannot attend the live training due to circumstances beyond NRP control, such person may attend via video conference.

### *Training—Non-Management Employees and/or Hourly Employees*

45.     NRP shall provide all of non-management employees and/or hourly employees ("Employee Training") at its Plant City location.

46.     Employee Training shall consist of one (1) hour of live training, annually, during the term of this Decree (the "Employee Training").  The first Employee Training shall take place by 120 days of the Effective Date of the Consent Decree.  The remainder of the Employee Training sessions shall take place annually and no later than October 1st of each year throughout the duration of the Decree.

47.     The Employee Training shall include the following: (1) an explanation of the prohibition against discrimination under the Title VII; (2) an explanation of the rights and responsibilities of managers and employees under the Title VII and the Policy; (3) examples of a hostile work environment; (4) examples of harassment on the basis of sexual orientation and race;

11

and (5) instruction on filing complaints of discrimination both internally through the EEO Policy, and externally through EEOC and/or other government agencies.

48.     The Employee Training shall be conducted by an outside organization with no prior relationship with NRP, and mutually agreed upon with EEOC.

49.     NRP agrees to provide EEOC with at least four (4) weeks' notice before conducting training sessions pursuant to this Decree.  In the written notice, NRP shall notify EEOC of the dates on which training is scheduled, the name and job title of the specific person who will conduct the training, along with a resume of the person conducting the training.

50.     NRP agrees that the EEOC may, at the EEOC's discretion, attend any training session.

51.     NRP agrees to provide EEOC with all copies of pamphlets, brochures, outlines or other written materials provided to the participants of the training sessions.

## DISTRIBUTION OF NOTICE

52.     Within ten (10) calendar days from the Court's approval of this Consent Decree, NRP shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as Exhibit B to this Decree at NRP's Plant City location.  The Notice shall remain posted for the period this Consent Decree is effective.  NRP shall take all reasonable steps to ensure that the posting is not altered, defaced or covered by any other material.

53.     At the first reporting period, NRP shall certify to EEOC in writing that the Notice has been properly physically posted as described in this section, and NRP must also take a photograph of the Notice and its posted location.  NRP shall email the certification of the Notice's posting and photographs to mdoconsentdecreecompliance@eeoc.gov, with the subject line:  NRP

Consent Decree.

## ANONYMOUS HOTLINE

54.     NRP shall maintain a hotline number through which applicants and employees may make anonymous complaints of discrimination ("Anonymous Hotline"). The hotline number shall be in the EEO Policy.

55.     All reports made through the Anonymous Hotline shall be tracked in an electronic database.

## INTERNAL CONSENT DECREE MONITOR

56.     Within ten (10) calendar days following the Court's approval of this Decree, NRP shall appoint a NRP employee with knowledge of employment discrimination laws to serve as the Internal Decree Monitor ("IDM.") The IDM shall have responsibility for monitoring NRP's compliance with this Decree for the duration of the decree.

57.     The IDM shall, among other responsibilities, ensure compliance with the terms of this Decree by reviewing reports and information from NRP, requesting and obtaining additional information when needed, and making recommendations as set forth in detail herein.

58.     Within three (3) calendar days of appointing an IDM, NRP shall inform the EEOC of its selection, and provide the EEOC with the IDM's: (1) name; (2) job title; (3) direct phone number; and (4) email address.

59.     The IDM will perform his/her work objectively and independently and not be subject to any undue influence by NRP.

60.     If at any point the IDM becomes unavailable to serve in the capacity of IDM, NRP will appoint a new employee to serve as IDM within seven (7) calendar days and provide EEOC

the contact information detailed in Paragraph 58.

61.     EEOC may communicate directly with the IDM at any time.  Upon receipt, the IDM shall supply to the EEOC all data, documentary information, reports, written statements, certifications, and notices specifically required to be delivered pursuant to this Decree.

62.     The scope of the IDM's duties and responsibilities shall apply to all of NRP's Applebee's locations.

## COMPLAINTS OF HARASSMENT

63.     Within five (5) days of receiving any written complaint of harassment on the basis of sexual orientation, race, or color—including, but not limited to, complaints to managers that are escalated to Area Managers, as outlined in Paragraph 30—NRP shall provide a copy of the Complaint to the IDM.  The IDM shall investigate all written complaints of harassment based on sexual orientation, race and/or color, made formally or informally (including oral complaints that are memorialized in writing by managers, as required in Paragraph 30), via any method at any NRP venue.  With respect to each written complaint of harassment, the IDM shall prepare a Complaint Report, which shall include the following:

a.     Employee's full name; employee's sex and race, name of the venue(s) where the employee works and position held; employee's supervisor(s);

b.     Date of Complaint;

c.     The full name, job title or position applied for, work address, last known home address, last known telephone number, e-mail address of the person(s) who engaged in the alleged harassment;

d.     The allegations made in the Complaint;

14

e.      Facts known relating to the Complaint;

f.      A summary of the investigation, including witness interviews, and any action taken in response to the Complaint.

g.      Recommendations to NRP as to corrective action that should be taken.

64.     The IDM shall interview the complainant, the decision maker, and any relevant witnesses.  The IDM shall also make recommendations to NRP as to any corrective action that shall be taken.

65.     The IDM shall complete their investigation and Complaint Report within fourteen (14) days of receiving a complaint of harassment.  If the IDM cannot reasonably complete their investigation within fourteen (14) days, they shall apprise the EEOC of the status of the investigation and when they expect to complete it.

66.     The IDM shall provide a copy of its Complaint Report to the EEOC within three (3) days of the Complaint Report being completed.

## RECOMMENDATIONS

67.     If EEOC disagrees with the corrective action taken in response to a Complaint Report, it shall request a written statement (the "Statement") from NRP explaining its decision. Within fifteen (15) days of receiving such a request, NRP shall provide EEOC with a Statement explaining why the chosen corrective action was taken and, if applicable, why additional action was not taken.   To the extent that EEOC disagrees with NRP's failure to implement the recommendations, the disagreement shall be resolved through the Dispute Resolution Process herein.   The EEOC will trigger the Dispute Resolution Process within fourteen (14) days of EEOC's receipt of the Statement.

15

## REPORTING

68.    NRP shall furnish to EEOC written Reports once annually for the duration of this Decree. The first report shall be due six (6) months after entry of the Decree, and thereafter by January 1st annually. A final report will be provided thirty (30) days before the Decree expires. Each such Report shall contain the following provisions, as applicable:

    a.    A certification that NRP conducted all training required in Paragraphs 37-51 above.

    b.    A certification that NRP has made and/or maintained the posting and distributions required in Paragraphs 52-53 above.

    c.    NRP shall disclose reports of complaints of discrimination on the basis of sexual orientation, race, and/or color arising from any NRP location. Reports on complaints of discrimination shall include: (1) employee's name; (2) employee's sex/race; (3) address of location where the employee works and position held; (4) employee's supervisor(s); (5) summary of employee's complaint; (6) summary of the investigation conducted; (7) summary of the resolution of complaint. In the event there are no complaints of discrimination, NRP shall send the EEOC a "negative" report indicating no activity.

## COMPLIANCE

69.    The EEOC may review compliance with this Decree at any time during its duration. In reviewing compliance EEOC may obtain information and recommendations from the IDM.

70.    If at any time during the duration of this Decree the EEOC believes that NRP is in violation of this Decree, the EEOC may conduct appropriate interviews of NRP employees,

16

including the IDM.  In connection with any such interviews, the EEOC shall provide NRP with at least ten (10) business days' notice of its intent to conduct interviews by notifying the IDM of the upcoming interviews.  After the interviews, the EEOC shall give notice of any alleged violation(s) to NRP.  Thereafter, the parties shall follow the Dispute Resolution Procedure set forth in Paragraphs 70-72 below.

71.     Any submissions, reports, certifications, notices, or other materials that are required to be submitted to EEOC shall be emailed to mdoconsentdecreecompliance@eeoc.gov.

## NOTIFICATION OF SUCCESSORS

72.     NRP shall provide prior written notice to any potential purchaser of its business and to any other potential successor of the EEOC's lawsuit, the allegations raised in the EEOC's complaint, and the existence and contents of the Decree.

## DISPUTE RESOLUTION

73.     In the event that EEOC believes that NRP has failed to comply with any provision(s) of the Decree, EEOC will notify NRP and NRP must make a good faith attempt to cure any breach of the Decree within fourteen (14) days of notification.  The parties may jointly agree to extend the fourteen (14) day cure period.  The fourteen (14) days to cure provision of this Paragraph shall not apply, however, to the payment required by Paragraph 14 above.

74.     Following the fourteen (14) business day cure period, EEOC shall have the right to enforce the Decree and/or remedy any breach in this Court.

75.     No party shall contest the Court's jurisdiction to hear a dispute arising from the Decree nor challenge EEOC's authority to bring an action to enforce the terms of the Decree in this Court.

## NO CONDITIONAL RECEIPT

76.     Defendant will not condition the receipt of individual relief set forth in this Decree on Mr. Teague's agreement to (a) maintain as confidential the terms of this Consent Decree; (b) waive his statutory right to file a charge of discrimination with any federal or state anti-discrimination agency.

## COSTS

77.     Each party to this Decree shall bear its own costs associated with this litigation.

SO ORDERED, ADJUDGED AND DECREED, this _____day of _____, 2022.

U.S. DISTRICT JUDGE _____
UNITED STATES DISTRICT JUDGE


AGREED TO:

FOR THE PLAINTIFF, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: *Robert E. Weisberg*                          Date: June 28, 2022
    Robert E. Weisberg
    U.S. Equal Employment Opportunity Commission
    Miami District Office
    100 SE 2nd Street, Suite 1500
    Miami, Florida 33131
    Telephone: 786-648-5869
    Facsimile: (305) 808-1835

FOR DEFENDANT, NEIGHBORHOOD RESTAURANT PARTNERS FLORIDA, LLC

By: *Richard C. McCrea*                          Date: 6/28/22
    Richard C. McCrea, Jr.
    Greenberg Traurig, P.A.
    101 E. Kennedy Boulevard, Suite 1900
    Tampa, FL 33602
    Telephone: (813) 318-5700
    Facsimile: (813) 318-5900

19

**EXHIBIT A**

Dear _____,


This letter is in reference to your request for information regarding the employment of Jebriel Teague.


Mr. _____ was employed as a Line Cook for Neighborhood Restaurant Partners Florida, LLC. from _____ to _____. Company policy does not permit us to provide additional information concerning Ms. _____ employment.


I hope this information is helpful and that it satisfactorily answers your inquiry.


Regards,

_____

**Exhibit B**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

1.      This NOTICE to all employees of Neighborhood Restaurant Partners Florida, LLC (NRP) is being posted and provided as part of a mutually agreed upon Consent Decree between NRP and the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") in *U.S. Equal Employment Opportunity Commission vs. Neighborhood Restaurant Partners Florida, LLC, Case No. 8:21-cv-01931-VMC-JSS* (M.D. Fla.), which alleged that an NRP employee was harassed on the basis of his sexual orientation and race. While NRP has denied the allegations, as part of the resolution of this matter, NRP agreed to post this Notice to reflect its commitment to equal employment opportunities in the workplace.

2.      NRP policy and federal law require that there be no discrimination against any employee or applicant for employment on the basis of sexual orientation or race, or because a person made a complaint of discrimination with respect to hiring, compensation, promotion, discharge, or other terms, conditions, or privileges of employment.

3.      NRP will comply with such federal law in all aspects, and it will not take any action against employees because they have exercised their rights under the law by filing charges or cooperating with the U.S. Equal Employment Opportunity Commission or by otherwise opposing employment practices made unlawful under federal law.

4.      As part of this decree, NRP agreed to designate an internal employee to monitor and investigate all claims of sexual-orientation and race discrimination; and train its managers and employees, among other things.

5.      The EEOC is the federal agency responsible for enforcing the federal laws described above and receiving complaints regarding their violation.  The EEOC maintains offices throughout the United States, and can be contacted at 1-800-669-4000 and www.eeoc.gov.

6.      This <u>NOTICE</u> will remain posted for 3 YEARS FROM DATE OF SIGNATURE.

SIGNED this ____ day of _____, 2022.

_____

Neighborhood Restaurant Partners Florida, LLC
[*REPRESENTATIVE*]

<u>*DO NOT REMOVE THIS NOTICE UNTIL 3 YEARS FROM DATE OF SIGNATURE*</u>

21